# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

IN RE:                   §
                             §

VALERIE MARY MARSHALL     §    CASE NO. 05-43257-LJT
                             §    CHAPTER 7
                             §
                             §    JUDGE LESLIE J. TCHAIKOVSKY

## REQUEST FOR SERVICE OF NOTICE

TO THE DEBTOR(S), TRUSTEE, ALL CREDITORS AND ALL OTHER INTERESTED PARTIES:

You are hereby given notice that Brice, Vander Linden & Wernick, P.C. has been engaged by the creditor identified below to serve as its authorized agent in this matter:

**VW Credit, Inc.**

and its successors and/or assigns.

You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to, notices required by Bankruptcy Rules 2002 and 3017(a) and the Local Rules of the Bankruptcy Court upon the undersigned at the address indicated below.

MAIL TO :
P. O. Box 829009, Dallas, Texas  75382-9009

Respectfully submitted,
Brice, Vander Linden & Wernick, P.C.


 /s/ Hilary B. Bonial
Hilary B. Bonial
F# 6225-N-0965
9441 LBJ Freeway, Suite 350
Dallas, Texas 75243
(972) 643-6600 / (972) 643-6698 (Telecopier)
E-mail Address: notice@bkcylaw.com
Authorized Agent for VW Credit, Inc.

1

## CERTIFICATE OF SERVICE

I, Hilary B. Bonial, hereby certify that a true and correct copy of the foregoing Request for Service of Notice has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before June 27, 2005:

**Debtor's Attorney**
Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza
Ste 480
Oakland, California 94612-3610

**Chapter 7 Trustee**
Lois I. Brady
350 Frank H. Ogawa Plaza,Suite 702
Oakland, California  94612


/s/ Hilary B. Bonial
Hilary B. Bonial


6225-N-0965
noaelect