**Notice to all attorneys:** Mandatory electronic filing began January 1, 2005. See www.canb.uscourts.gov for details.

Form ODSC7fi

# UNITED STATES BANKRUPTCY COURT
## Northern District of California (Oakland)

| | |
|---|---|
| **In re:**<br>Valerie Mary Marshall<br>7933 Fall Creek Rd.<br>Dublin, CA 94568<br><br>Debtor(s)<br><br>**Debtor/Joint Debtor Social Security Number(s):**<br>xxx–xx–2648 | **Case Number:** 05–43257 LT 7<br>**Chapter:** 7 |

## DISCHARGE OF DEBTOR AND FINAL DECREE

It appearing that the debtor(s) is/are entitled to a discharge, **IT IS ORDERED** :
The debtor(s) is/are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

It further appears that the trustee, Lois I. Brady in the above–entitled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

ORDERED that the chapter 7 case of the above–named debtor is closed; that the Trustee is discharged and relieved of said trust.

Dated: 9/13/05

By the Court:

Leslie J. Tchaikovsky
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

Doc # 7

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a discharged debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* A creditor who violates this order can be required to pay damages and attorney's fees to the debtor. [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the discharged the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
District/off: 0971-4          User: jdonati              Page 1 of 1              Date Rcvd: Sep 13, 2005
Case: 05-43257                Form ID: ODSC7fi           Total Served: 25


The following entities were served by first class mail on Sep 15, 2005.
 db        +Valerie Mary Marshall,    7933 Fall Creek Rd.,    Dublin, CA 94568-3814
 smg        CA Employment Development Dept.,    Bankruptcy Group MIC 92E,    P.O. Box 826880,
             Sacramento, CA  94280-0001
 smg       +Labor Commissioner,    1515 Clay St.,    Room 801,    Oakland, CA 94612-1463
 smg       +State Board of Equalization,    Collection Dept.,    P.O. Box 942879,    Sacramento, CA 94279-0001
 cr         VW Credit,    P. O. Box 829009,    Dallas, TX  75382-9009
7965501     AT&T Wireless,    c/o Bureau of Collection REC,    7575 Corporate Way, #301,
             Eden Prairie, MN 55344-2022
7965502     AT&T Wireless,    c/o Palisades Collection,    P.O. Box 1274,    Englewood Cliffs, NJ 07632-0274
7965500    +Assoc/Citi,    110 Lake Dr.,    Newark, DE 19702-3317
7965505    +Cal State Emp Credit Union #9,    P.O. Box 271768,    Concord, CA 94527-1768
7965507    +Citibank CBSA NA,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
7965509    +Franchise Board,    Special Procedures,    P.O. Box 2952,    Sacramento, CA 95812-2952
7965510    +Household Bank,    P.O. Box 98706,    Las Vegas, NV 89193-8706
7965513    +MCCBG/GECAF Dealers,    P.O. Box 276,    Dayton, OH 45401-0276
7965514     National Education Servicing,    P.O. Box 25586,    Chicago, IL 60625-0586
7965515    +Retailers National Bank/Target,    c/o Bidna & Keys,    5120 Campus Dr.,
             Newport Beach, CA 92660-2101
7965517    +VW Credit, Inc.,    P.O. Box 3,    Hillsboro, OR 97123-0003

The following entities were served by electronic transmission on Sep 14, 2005 and receipt of the transmission
was confirmed on:
 smg        EDI: CALTAX.COM Sep 14 2005 00:31:00      CA Franchise Tax Board,
             Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
7965499    +EDI: ARROW.COM Sep 14 2005 00:31:00      Arrow Financial Service,    5996 W. Touhy Ave.,
             Niles, IL 60714-4610
7965504    +EDI: FIRSTUSA.COM Sep 14 2005 00:31:00      Bank One,    P.O. Box 8650,    Wilmington, DE 19899-8650
7965503    +EDI: BANKAMER.COM Sep 14 2005 00:31:00      Bank of America,    1825 E. Buckeye Rd.,
             Phoenix, AZ 85034-4216
7965506    +EDI: CHASE.COM Sep 14 2005 00:31:00      Chase NA,    100 Duffy Ave.,    Hicksville, NY 11801-3699
7965508    +EDI: DISCOVER.COM Sep 14 2005 00:31:00      Discover Financial Services,    P.O. Box 15316,
             Wilmington, DE 19850-5316
7965510    +EDI: HFC.COM Sep 14 2005 00:31:00      Household Bank,    P.O. Box 98706,    Las Vegas, NV 89193-8706
7965511    +EDI: IRS.COM Sep 14 2005 00:31:00      Internal Revenue Service,    Special Procedures,
             1301 Clay St. #1400S,    Oakland, CA 94612-5217
7965512    +EDI: IRS.COM Sep 14 2005 00:31:00      Internal Revenue Service,    IRS Center,
             Fresno, CA 93888-0001
7965516    +EDI: WTRRNBANK.COM Sep 14 2005 00:31:00      Target,    Retailers National Bank,    P.O. Box 9475,
             Minneapolis, MN 55440-9475
                                                                                               TOTAL: 10

           ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 15, 2005**          Signature: *Joseph Speetjens*